Knirnschild, Appellant, *v.* Pittsburgh Brewing Company.

Argued October 9, 1957. Before JONES, C. J., BELL, CHIDSEY, MUSMANNO, ARNOLD, JONES and COHEN, JJ.

reargument refused December 11, 1957.

*Leroy F. Perry*, with him *William A. Blair* and *Griggs, Moreland, Blair & Douglass*, for appellant.

*McCook Miller*, with him *Lawrence P. Monahan, Edwin R. McMillin, II*, and *Kirkpatrick, Pomeroy, Lockhart & Johnson*, for appellee.

OPINION PER CURIAM, November 11, 1957:

This case is affirmed on the able and comprehensive opinion of Judge HENRY X. O'BRIEN, writing for the court below, as reported in 9 Pa. D. & C. 2d 623.